United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIO MARTINEZ,

             Plaintiff,

    v.

JOHN, et al.,

             Defendants.

Case No. 22-cv-05558-JD

**ORDER RE DISMISSAL**

This is a civil rights complaint filed pro se by a detainee.  In the initial review order, the Court dismissed the complaint with leave to amend after discussing the deficiencies in the case. The time to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court.  This case is **DISMISSED** without prejudice for the reasons stated in the prior order.

    **IT IS SO ORDERED.**

Dated: February 10, 2023

_____

JAMES DONATO
United States District Judge